UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DUSTIN MALDONADO,

    Plaintiff,

v.

PANERA, LLC,

    Defendant.

Civil No. 1:15-cv-01341 (FJS/DJS)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, as the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the captioned action, the above-captioned action is dismissed, with prejudice, and without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

**DATED:** June 7, 2016

**JACKSON LEWIS P.C.**

By: _____
John E. Higgins (501185)
18 Corporate Woods Blvd., 3rd Floor
Albany, NY 12211
T: 518-434-1300
F: 518-427-5956
john.higgins@jacksonlewis.com

*Attorneys for Defendant*
*Panera, LLC*

**DATED:** June 7, 2016

**STEIN & VARGAS, LLP**

By: _____
Mary C. Vargas
Michael Steven Stein
5100 Buckeystown Pike, Suite 250
Frederick, MD 21704
T: 240-793-3185
F: 888-778-4620
mary.vargas@steinvargas.com
michael.stein@steinvargas.com

*Attorneys for Plaintiff*
*Dustin Maldonado*

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: June 8, 2016
       Syracuse, NY